IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMUEL ALDAZ MERAZ,<br><br>      Petitioner,<br><br>vs.<br><br>JULIE ANNE FLORA a/k/a JULIE ANNE CRIPE,<br><br>      Respondent. | CV 23–93–M–DWM<br><br><br>ORDER |

Petitioner Samuel Aldaz Meraz, having moved for leave to file certain exhibits attached to his Verified Petition for the return of his child to Mexico under the Convention on the Civil Aspects of International Child Abduction (the "Convention" or "Hague Convention") and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001, et seq. under seal,

IT IS ORDERED that the motion (Doc. 27) is GRANTED. The unredacted copy of the Statement of Undisputed Facts in Support of Motion for Summary Judgment lodged at Doc. 28, the unredacted copy of the Declaration of Samuel

1

Aldaz (Doc. 28-1), and exhibits 3, 4, and 14 (Doc. 28-2) are DEEMED FILED and will remain under seal unless unsealed by further order of the Court.

DATED this 10th day of October, 2023.

_____
Donald W. Molloy, District Judge
United States District Court