IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMUEL ALDAZ MERAZ, <br><br> Petitioner, <br><br> vs. <br><br> JULIE ANNE FLORA a/k/a JULIE ANNE CRIPE, <br><br> Respondent. | CV 23–93–M–DWM <br><br><br> ORDER |

Respondent Julie Flora, having moved for leave to file certain exhibits attached to her brief in response to Petitioner's motion for summary judgment under seal,

IT IS ORDERED that the motion (Doc. 32) is GRANTED. Exhibit 1, the minor child's healthcare identification cards, along with an unredacted copy of the Declaration of Julie Flora, lodged at Doc. 33, are DEEMED FILED and will remain under seal unless unsealed by further order of the Court.

DATED this 17th day of October, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1