IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMUEL ALDAZ MERAZ, | CV 23–93–M–DWM |
| Petitioner, | |
| vs. | ORDER |
| JULIE ANNE FLORA, a/k/a JULIE ANNE CRIPE, | |
| Respondent. | |

Respondent Julie Flora having filed an unopposed motion for the release of her documents (Doc. 47),

IT IS ORDERED that the motion (Doc. 47) is GRANTED. Respondent's passport and the Child's birth certificate are hereby released and will be available for her to pick up at the Clerk of Court's office, located on the second floor of the Russell Smith Federal Courthouse in Missoula.

DATED this 17th day of November, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1