IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMUEL ALDAZ MERAZ,<br><br>Petitioner,<br><br>vs.<br><br>JULIE ANNE FLORA a/k/a JULIE ANNE CRIPE,<br><br>Respondent. | CV 23–93–M–DWM<br><br><br>ORDER |

Before the Court is the parties' stipulated motion to stay the dismissal of the above-captioned matter for an additional 90 days. (Doc. 50.) On November 6, 2023, the parties requested to stay this matter for 30 days until determining that the terms of their stipulated settlement agreement are legally enforceable. (*See* Doc. 46.) On December 12, 2023, the Court issued a text order informing the parties that the case would be dismissed on January 5, 2024, absent notice from the parties that the agreement is fully in place or it is unenforceable. (Doc. 49.)

In the instant motion, the parties confirm that all terms of the custody arrangement included in the parties' stipulated settlement agreement are enforceable. (Doc. 50 at 2.) Nothing cited by the parties in their stipulation provides cause to keep the Hague Convention matter open. Furthermore, the

1

Convention requires expeditious resolution once a determination of the underlying issue is resolved. It is resolved here by an enforceable stipulation of all parties and counsel.

Because the terms of the parties' stipulated settlement agreement are enforceable, the matter is resolved and the case is dismissed. The Clerk is directed to dismiss the case.

DATED this 2nd day of January, 2024.

_____
Donald W. Molloy, District Judge
United States District Court