IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMUEL ALDEZ MERAZ,<br><br>    Petitioner,<br><br>vs.<br><br>JULIE ANNE FLORA a/k/a JULIE ANNE CRIPE,<br><br>    Respondent. | CV-23-93-M-DWM<br><br>JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Order (Doc. 51) dismissing the above action.

Dated this 2nd day of January, 2024.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman